IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SALAZAR, | No. C 05-03250 CRB |
| Petitioner, | **ORDER** |
| v. | |
| DARRELL ADAMS, | |
| Respondent. | |

Petitioner's motion for a certificate of appealability is hereby GRANTED. A certificate of appealability is hereby issued as to the following two questions: (1) whether Petitioner is entitled to a writ of habeas corpus due to the state trial court's decision to admit "fresh complaint testimony" from two of the complaining children's caretakers, and (2) whether Petitioner is entitled to a writ of habeas corpus due to the alleged ineffective assistance his attorney rendered in allowing Petitioner's juvenile adjudication to be admitted as evidence.

**IT IS SO ORDERED.**

Dated: April 23, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\3250\order re COA.wpd